UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Bruce Ingraham
Hollys Ingraham
      Plaintiff(s)

vs.

      Defendant(s)

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
FEB 1 2 2020
AT ____ O'CLOCK
John M. Domurad, Clerk - Utica

Civil Case No.: 1:20-CV-0147 (TJM/CFH)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ☑ JURY  ☐ COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Bruce & Holly Ingraham
   Address: 6102 State highway 5 Apts Palantine Bridge NY 13428

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Andrew Cumo Jr
      Official Position: Govener
      Address: Albany ny

b. Defendant: _Baraba underwood_
   Official Position: _Hs. AG Office_
   Address: _Albany, NY_

c. Defendant: _Mavis_
   Official Position: _garage_
   Address: _herkimker ny rt 5_

Additional Defendants may be added on a separate sheet of paper.

4.  **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

Civil Prevention, Law suit Realation of a Crime victim of a State agenice or lawsuit. Animal Abuse & Death of animals Physigical Abuse, malias and attmeted malias, biological warfare threw insect, life line money has been suppresed, conterfit legal paper, or Orangie Crime handoff

5.                              **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Once again biological warfare with bedbugs, flea, camation and germ warfare throw code violition

### SECOND CAUSE OF ACTION

Finacal attack of illegal eviction from Residence to residency

### THIRD CAUSE OF ACTION

Physicogal & matrial statics peffal treatment, slect procustion

6. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

Beening throw in a snowbank

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 2-12-2020

*Bruce Gray*
*Hoavy S. Ingraham*
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

1. Liberty mutual malpractice
2. Nimer insurance
3. ny misa paltily Insurance
4. State farm insurance
5. Progressive Insurance
6. Utica national
7. Electric Insurance
8. Gieco Insurance
9. Hartford Insurance
10. Dale rummeril & Stephine myer
11. Debra Mosher
12. Timmy Juilan, Bareand Jr & Baraned III Juila & James barlow
13. Sararagtoa hospital insurance
14. Saragatoga spine insurance
15. tracphone insurance - offshore Phillip
16. verizon
17. Frontier
18. Leah sweet
19. Jennifer Garren
20. Kelly Andrew & Steven colon
21. Brain Levey
22. Paul maschon
23. Rashad Khan

24) Joesph Rubino Jr
25) michael Tibbits
26) Gerry Koylouris
27) Edaward hotaling
28) Herkimer venteranty office
29) Herkimer county town court
30) Herkimer villiage court
31) Vicent Denatis
32) Officer Groversville Police dept Highlander